| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email<br><br>Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle, Suite 100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Denise Janet Moore | CASE NO.:<br><br>CHAPTER: Chapter 13 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/19/2022    Denise Janet Moore    [signature]
    Printed name of Debtor 1    Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
    Printed name of Debtor 2    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC