| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston (297798)**<br>**100 Bayview Circle #100**<br>**Newport Beach, CA 92660**<br>**Tel: (951) 290-2827**<br>**Fax: (949) 288-2054**<br>**ben@nexusbk.com** | |
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re:<br>**Denise Janet Moore**<br><br><br><br><br>Debtor(s). | CASE NO.: 6:22-bk-14721-RB<br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1) DEEDS OF TRUST [OR MORTGAGES]**<br>**2) LEASES ON PERSONAL PROPERTY**<br>**3) PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]**<br><br>[No Hearing Required] |

I, *(Debtor's name)* _____Denise Janet Moore_____, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on: ____12/19/2022____.

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012    Page 1    **F 3015-1.4.DEC.PRECONF.PYMTS**

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[2] | Date Mailed/ Delivered |
|---|---|---|---|---|
| **10363 Morning Ridge Dr Moreno Valley, CA 92557-3211** | Name of Creditor *(printed)*: **Chase Home Lending**  *(check one)*:  [X] Deed of Trust/Mortgage  [ ] Car loan  [ ] Lease  [ ] Other *(specify)*: | **$1,361.85** | **1/1/2023** | **1/3/2023** |
| **10363 Morning Ridge Dr Moreno Valley, CA 92557-3211** | Name of Creditor *(printed)*: **Sunnymead Ranch PCA c/o Seabreeze Management**  *(check one)*:  [ ] Deed of Trust/Mortgage  [ ] Car loan  [ ] Lease  [X] Other *(specify)*: **HOA** | **$120.00** | **1/1/2023** | **1/3/2023** |
|  | Name of Creditor *(printed)*:  *(check one)*:  [ ] Deed of Trust/Mortgage  [ ] Car loan  [ ] Lease  [ ] Other *(specify)*: |  |  |  |

---

[1] Attach additional pages if necessary
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 Page 2                                           **F 3015-1.4.DEC.PRECONF.PYMTS**

| Property Description | Creditor/Type of loan | Payment Amount | Due Date[2] | Date Mailed/ Delivered |
|---|---|---|---|---|
| | Name of Creditor *(printed)*: <br><br> *(check one)*: <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other *(specify)*: | | | |
| | Name of Creditor *(printed)*: <br><br> *(check one)*: <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other *(specify)*: | | | |
| | Name of Creditor *(printed)*: <br><br> *(check one)*: <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other *(specify)*: | | | |
| | Name of Creditor *(printed)*: <br><br> *(check one)*: <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other *(specify)*: | | | |

6. ☐ *Continued on Attached Page.*

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*      Page 3      **F 3015-1.4.DEC.PRECONF.PYMTS**

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  01/20/2023  By:  _/s/ Denise J. Moore_
Denise Janet Moore
Signature of Debtor 1

Date:  _____  By:  _____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012    Page 4    **F 3015-1.4.DEC.PRECONF.PYMTS**

**DENISE J. MOORE**
10363 MORNING RIDGE DR.
MORENO VALLEY, CA 92557-3211

3023

DATE Jan 3, 2023

PAY TO THE ORDER OF J.P. Morgan Chase Bank, N.A.    $1,361.85

One thousand three hundred sixty-one + 85/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO ▬▬0586= Loan No    Denise J. Moore

---

**DENISE J. MOORE**
10363 MORNING RIDGE DR.
MORENO VALLEY, CA 92557-3211

3024

DATE 1/3/23

PAY TO THE ORDER OF Sunnymead Ranch PCA % SeaBreeze Mngmt    $120.00

One hundred twenty    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Acct No - ▬▬5933    Denise Moore

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/20/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chad L Butler    caecf@tblaw.com
Rod Danielson (TR)    notice-efile@rodan13.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/20/2023 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| Chase Home Lending<br>700 Kansas Ln<br>Monroe, LA 71203-4774 | Sunnymead Ranch PCA<br>c/o Seabreeze Management<br>26840 Aliso Viejo Pkwy Ste 100<br>Aliso Viejo, CA 92656 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/20/2023 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**