United States Bankruptcy Court

Central District of California

In re:                                                                                      Case No. 22-14721-RB

Denise Janet Moore                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                                    User: admin                                    Page 1 of 2

Date Rcvd: Apr 03, 2023                    Form ID: ntc13pln                    Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Denise Janet Moore, 10363 Morning Ridge Dr, Moreno Valley, CA 92557-3211 |
| 41418830 | + | JPMorgan Chase Bank, National Association, 1455 Frazee Road, Suite 820, San Diego, CA 92108-4395 |
| 41380604 | + | Sunnymead Ranch PCA, c/o Seabreeze Management, 26840 Aliso Viejo Pkwy Ste 100, Aliso Viejo, CA 92656-2624 |
| 41437450 | | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Apr 04 2023 00:29:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 04 2023 00:30:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41380598 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2023 00:38:31 | Citi Cards, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 41380599 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2023 00:48:42 | Citibank / Macys, P.O. Box 8218, Mason, OH 45040-8218 |
| 41380600 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2023 00:48:43 | Citibank / The Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 41380601 | + | Email/Text: mzatezalo@crownasset.com | Apr 04 2023 00:29:00 | Crown Asset Management, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 41380602 | ^ | MEBN | Apr 04 2023 00:28:51 | Hunt & Henriques, 7017 Realm Drive, San Jose, CA 95119-1491 |
| 41380597 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 04 2023 00:38:18 | Chase Home Lending, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 41417650 | | Email/Text: bnc-quantum@quantum3group.com | Apr 04 2023 00:29:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 41380603 | | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Apr 04 2023 00:29:00 | Regions Bank, 650 S Main St Ste 1000, Salt Lake Cty, UT 84101-2844 |
| 41380605 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 04 2023 00:38:19 | Synchrony / Ashley Homestore, PO Box 960061, Orlando, FL 32896-0061 |
| 41380606 | | Email/PDF: gecsedi@recoverycorp.com | Apr 04 2023 00:38:19 | Synchrony / Clockworks Royal, P.O. Box 965036, Orlando, FL 32896-0001 |
| 41380607 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 04 2023 00:38:29 | Wells Fargo Card Services, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 13

District/off: 0973-6 | User: admin | Page 2 of 2
Date Rcvd: Apr 03, 2023 | Form ID: ntc13pln | Total Noticed: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2023                           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Denise Janet Moore bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 5

**United States Bankruptcy Court**
**Central District of California**

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Denise Janet Moore
**SSN:** xxx−xx−7511
**EIN:** N/A

10363 Morning Ridge Dr
Moreno Valley, CA 92557−3211

**BANKRUPTCY NO.** 6:22−bk−14721−RB
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: April 3, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln − ncp13 v.12/20)

**29 / AUTU**