**IN THE UNITED STATES BANKRUPTCY COURT FOR
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

In re

DENISE JANET MOORE

Debtors.

In Chapter 13 Proceeding
Case No. 22-14721

**REQUEST TO DISCONTINUE SERVICE OF NOTICES**

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 12/20/2022 Docket Number 7.

Dated: This 8th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

BENJAMIN HESTON
Attorney

TIMOTHY YOO
Chapter 13 Trustee

Dated: This 8th day of July, 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257