Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:22-bk-14721-RB  AS OF 9/30/2023

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 09/12/23 | $390.00 | 10/2023 | $0.00 |
| 08/14/23 | $390.00 | 09/2023 | $390.00 |
| 07/12/23 | $390.00 | 08/2023 | $390.00 |
| 06/12/23 | $390.00 | 07/2023 | $390.00 |
| 05/12/23 | $390.00 | 06/2023 | $390.00 |
| 04/12/23 | $390.00 | 05/2023 | $390.00 |
| 03/13/23 | $948.00 | 04/2023 | $390.00 |
| 02/13/23 | $948.00 | 03/2023 | $948.00 |
| 01/24/23 | $775.00 | 02/2023 | $948.00 |
|  |  | 01/2023 | $775.00 |
|  |  | 12/2022 | $0.00 |
|  |  | 11/2022 | $0.00 |

DENISE JANET MOORE
10363 MORNING RIDGE DR
MORENO VALLEY, CA  92557-3211

CURRENT CASE DISPOSITION: **ACTIVE**

| | | | |
|---|---|---|---|
| FILING DATE: | 12/19/2022 | MONTHLY PLAN PMT AMT: $390.00 | FEES PAID TO ATTY: $2,500.00 |
| 1ST MEETING DATE: | 01/25/2023 | GROSS RECEIPTS: $5,011.00 | FEES PAID TO TRUSTEE: $458.83 |
| CONFIRMATION DATE: | 03/22/2023 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTOR: $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: $1,701.17 | BALANCE ON HAND: $351.00 |
| PERCENT TO UNSEC.: | 100.00% | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | NEXUS BANKRUPTCY | ATTORNEY FEE | N/A | $2,500.00 | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| 0001 | Citi Cards | UNSECURED | 0.00 | $7,571.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0002 | CITIBANK / MACYS | UNSECURED | 0.00 | $543.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | CITIBANK / THE HOME DEPOT | UNSECURED | 0.00 | $19,496.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0004 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | $8,452.00 | $8,452.10 | $646.57 | $0.00 | $7,805.53 |
| 0005 | REGIONS BANK | UNSECURED | 0.00 | $5,149.00 | $4,807.22 | $367.73 | $0.00 | $4,439.49 |
| 0006 | SYNCHRONY BANK | UNSECURED | 0.00 | $6,654.00 | $6,654.80 | $509.06 | $0.00 | $6,145.74 |
| 0007 | WELLS FARGO CARD SERVICES | UNSECURED | 0.00 | $780.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | JP MORGAN CHASE BANK, NA | MORTGAGE ARREARS | 0.00 | $175,665.00 | $177.81 | $177.81 | $0.00 | $0.00 |
| 0009 | SUNNYMEAD RANCH PCA | SECURED | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | **TOTAL PRINCIPAL BALANCE OWED\*:** | | | **$18,390.76** |

\* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES  (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.